UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROOF BOLT EXPRESS, INC., )
    P.O. Box 1067 )
    Marion, IL 62959, )
     )
        Plaintiff, )
     )
v. )  Civil Action No. _____
     )
WINKLER ENTERPRISES, INC. DBA )
TRANSPORTATION SPECIALISTS, )
    Serve R.A.: Tom Auchincloss )
    Rea, Cross & Auchincloss )
    1050 17th Street, N.W., Suite 600 )
    Washington, DC 20036 )
     )
and )
     )
BANK OF AMERICA, N.A., )
    1501 Pennsylvania Ave., N.W. )
    Washington, DC 20006 )
     )
        Defendants. )

## **COMPLAINT**

COMES NOW Roof Bolt Express, Inc. (hereinafter referred to as "Roof Bolt") by and through Counsel and for its Complaint states as follows:

### Parties

1. Plaintiff Roof Bolt is an Illinois corporation whose principal place of business is P.O. Box 1067, Marion, IL, 62959. Roof Bolt, as a federally licensed motor carrier, is engaged in the performance of interstate carriage for hire by the authority of the Federal Motor Carrier Safety Administration.

2. Winkler Enterprises, Inc. doing business as Transportation Specialists (hereinafter referred to as "Winkler") is a California corporation whose agent for service for

1

process in the District of Columbia is Tom Auchincloss; Rea, Cross & Auchincloss; 1050 17th Street, N.W., Suite 600; Washington, DC 20036.

3. Defendant Winkler operates as a federally licensed property broker as defined by 49 U.S.C. 13102(2) and is required to be registered with the Federal Motor Carrier Safety Administration pursuant to 49 U.S.C. 13904 and post a property broker surety bond in the amount of $10,000. See 49 U.S.C. 13904(d), 49 C.F.R. 387.307.

4. Defendant Bank of America, N.A.(hereinafter referred to as "Bank of America") is the administrator for the property broker bond on file with the Federal Motor Carrier Safety Administration in accordance with the requirements of 49 U.S.C. 13904(d).

5. Defendant Bank of America's corporate headquarters are: 100 N. Tryon St., Bank of America Corporate Center; Charlotte, NC 28255. Defendant maintains many places of business in the District of Columbia, including 1501 Pennsylvania Avenue, N.W., Washington, DC 20006.

### Jurisdiction and Venue

6. This Court has subject matter jurisdiction over the instant action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1337 and personal jurisdiction pursuant to the District of Columbia long arm statute §13-423 D.C. Code Ann., as amended. This action involves the collection of interstate transportation charges pursuant to 49 U.S.C. 13706, 49 U.S.C. 13707, 49 U.S.C. 13904 and 49 U.S.C. 14705.

7. Pursuant to 28 U.S.C. 1391(b), venue is proper in this District and Division in that each of the Defendants has properly registered and filed appropriate documents

with the Federal Motor Carrier Safety Administration as required by federal law in Washington, D.C.

**COUNT ONE**
**Breach of Transportation Contracts by Winkler**

8. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 7 of the Complaint as though fully set forth herein.

9. In November and December, 2006, Defendant Winkler tendered two shipments to Roof Bolt Express in interstate commerce pursuant to bill of lading contracts (see attached Exhibit A).

10. Roof Bolt Express was the carrier of record on each of the bill of lading contracts.

11. As a federally licensed motor carrier, Roof Bolt Express is required to bill and collect its freight charges.

12. Roof Bolt Express has invoiced Defendant Winkler in the amount of $3,500.00 and Defendant Winkler has accepted these invoices without objection or protest.

13. Despite due demand, Defendant Winkler has failed to make payment to Roof Bolt Express.

WHEREFORE, Plaintiff prays to the Court for Judgment as follows:

(1) that Judgment be entered against Winkler Enterprises, Inc. dba Transportation Specialists and that Roof Bolt Express be awarded the amount of $3,500.00 for identified and unpaid freight charges;

(2) that Roof Bolt Express have and recover attorney's fees and costs of this suit; and

(3) such other and further relief as this Court may deem just and proper.

## COUNT TWO
### Breach of Constructive Trust Against Defendant Winkler

14. Plaintiff reincorporates and realleges the allegations contained in paragraph 1 through 13 as though fully set forth herein.

15. At all times here relevant, Roof Bolt acted in its capacity as a federally licensed motor carrier as defined by 49 U.S.C. 13102(3) and 49 U.S.C. 13102(12).

16. At all times material hereto, Defendant Winkler was acting as, and held itself out to be a federally licensed property broker as defined by 49 U.S.C. 13102(2).

17. The general practice and custom in the motor freight industry regarding property broker service dictates that if a property broker, in this case Defendant WINKLER, receives monies from its shipper and consignee customers, it assumes the obligation of said shippers and consignees and must remit all freight charges to the underlying carriers exclusive of any commission fees due to the property broker for property broker services performed. See 49 C.F.R. 371.10.

18. Pursuant to the applicable bill of lading contracts between Roof Bolt and WINKLER, Roof Bolt agreed to transport freight from various locations to various destinations for Defendant WINKLER's shippers and consignees.

19. Under the terms of the agreements between Defendant WINKLER and Roof Bolt, as well as to common freight industry custom and practice, Defendant WINKLER was entrusted to collect all freight charges owed for the transportation of freight transported by Roof Bolt from the shippers and/or consignees after deducting any agreed upon commissions due WINKLER. WINKLER was required by statute to forward to Roof Bolt freight charges.

4

20. Defendant WINKLER was entrusted to act as a conduit collecting monies from the shipper and/or consignees and therefore forward such monies to the intended recipient, Roof Bolt.

21. The freight charges due Roof Bolt are not the property of WINKLER, but rather represent the res of a trust held by WINKLER for the benefit of Roof Bolt.

22. Roof Bolt, as the equitable owner of the freight charges and beneficiary of the trust comprising the freight revenue, is entitled to immediate payment of freight charges full, free and clear of all liens, claims and encumbrances.

23. Defendant WINKLER has failed and refused to remit the freight charged due Roof Bolt despite demands to do so prior to the commencement of this matter.

24. WINKLER's failure to remit the freight charges to Roof Bolt constitutes a breach of its fiduciary duty and obligations and abuse of the fiduciary relationship between WINKLER on the one hand and Roof Bolt on the other hand arising from the aforesaid trust.

25. WINKLER's refusal to remit freight charges due Roof Bolt is unlawful.

WHEREFORE, Plaintiff Roof Bolt prays to the Court for Judgment as follows:

(1) that Judgment be entered against Defendant WINKLER and that Roof Bolt be awarded the amount of $3,500.00 representing the freight charges;

(2) that Judgment be entered directing Defendant WINKLER to immediately assign, transfer and deliver such monies as may be collected by Defendant after the date of the Judgment which comprise the portion of the trust res representing the freight charges to a fund to be administered and maintained by Plaintiff for purposes of distribution of such Judgment or to Great Plains; and

(3) for such other and further relief as this Court may deem just and proper.

## COUNT THREE
### Breach of Contract/Property Broker Bond Against Defendant Bank of America

26. Plaintiff reincorporates and realleges the allegations contained in paragraphs 1 through 25 as though fully restated herein.

27. At all times here relevant, Bank of America posted a property broker bond with the Federal Motor Carrier Safety Administration, Form BMC-85, for the purpose of assuring that the financial obligations of WINKLER were met in accordance with the requirements of 49 U.S.C. 13904(d).

28. At all times here relevant WINKLER was acting as a federally licensed property broker for the transportation of property by motor carrier in interstate commerce for compensation. 49 U.S.C. 13102(2).

29. WINKLER owes to Roof Bolt $3,500.00 for freight charges which are due, owing and unpaid.

30. Defendant Bank of America at all times here relevant was the surety for this indebtedness by virtue of the property broker bond filed with the Federal Motor Carrier Safety Administration on WINKLER's behalf.

31. Great Plains has filed a claim on the property broker bond with Defendant Bank of America and said claim has been denied.

32. WINKLER has failed to transmit payment to Plaintiff.

33. Timely claims have been filed against the property broker bond maintained by Bank of America on behalf of Roof Bolt.

34. Bank of America is liable to Roof Bolt for the amount of $3,500.00 based upon the failure of its principal to pay Plaintiff, which obligation is insured by the property broker bond.

WHEREFORE, Plaintiff Roof Bolt prays for Judgment as follows:

(1) that Defendant Bank of America be found liable to Roof Bolt in the amount of $3,500.00 plus interest and reasonable attorney's fees;

(2) and for such other relief as this Court may deem just and proper.

Respectfully submitted,

Douglas H .Wood, Esq., DC Bar #481262
Seaton & Husk, LP
2240 Gallows Road
Vienna, VA  22182
Tel: 703-573-0700
Fax: 703-573-9786

*Counsel for Roof Bolt Express, Inc.*

# **EXHIBIT A**

Case 1:07-cv-01401-JDB   Document 1-2   Filed 08/01/2007   Page 1 of 7

ROOF BOLT EXPRESS, INC.

P.O. Box 1067
Marion, IL 62959
Ph #618-993-8010
Fax #618-993-8515

# Invoice

| Date | Invoice # |
|---|---|
| 11/17/2006 | 4894 |

**Bill To**
TRANSPORTATION SPECIALISTS
P.O. BOX 7021
CITY OF INDUSTRY, CA 91746

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| TS00026447 | Net 30 | | 11/17/2006 | | S.ECKOLS | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | FREIGHT | ELDORADO, IL TO KEASBY, NJ LOAD #: TS00026447 | 1,750.00 | 1,750.00 |

Please remit to above address.

**Total**  $1,750.00

**Transportation Specialists** STRAIGHT BILL OF LADING — ORIGINAL—NOT NEGOTIABLE

151 S. 9th Ave, Suite M
P.O. Box 7021
City of Industry, CA 91744
(626) 968-4904
(626) 330-9876 Fax

Shipper No: _____
Carrier No: _____
Date: 11/17/06

Name of Carrier: Roof Bolt Express

FROM (Shipper): Super Trap Inc. - RBE
Street: 2209 Richardson St
Origin: Eldorado, IL 60930
618-273-4444 - Mary

TO: Woodbridge Astrolane Range
Graws Mill Rd (see map)
Keasbey NJ 08832

| Route/No. Shipping Units | # | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | Rate | Charge |
|---|---|---|---|---|---|
| 20 | | Super Sacks of Rubber Media class 55 | 42,621 | | |
| | | + Contact Doug Pike @ 732-740-4192 | | PRIOR to delivery | |
| | | Flatbed Tarped | | | |

**3RD PARTY BILL TO TRANSPORTATION SPECIALISTS P.O. BOX 7021 INDUSTRY, CA 91744**

SHIPPER: Super Trap Inc.
PER: Mary Goddard

CARRIER: Roof Bolt Express
PER: Steven Dicker
DATE: 20

# TRANSPORTATION SPECIALISTS

P.O BOX 7021, 151 S. 8TH AVE. UNIT M, INDUSTRY, CA, 91746 TEL 1-626-968-4904 FAX 1-626-330-9676

## CARRIER CONFIRMATION

**LOAD NUMBER : TS00026447**     **MUST APPEAR ON YOUR INVOICE**

Booked By: BOBBY     11/16/2006 03:15:58 PM                    B/L #:

CARRIER: ROOF BOLT EXPRESS
CONTACT: TOM
TEL: 1-618-993-8010     FAX: 1-618-993-8515     800: 866-993-8010

EQUIPMENT REQUIRED: FLAT BED - FTL
RATE: $1750.00 US

Please call Transportation Specialists By 10am pacific time with location of our shipment until it has arrived at it's destination.

| PICK-UP AT   DATE 11/17/2006   AM | 1) DELIVER TO   DATE 11/20/2006 |
|---|---|
| NAME RDF-SUPER TRAP INC. | NAME WOODBRIDGE PISTOL/RIFLE RANGE |
| 2909 RICHARDSON ST. | CROWS MILL ROAD (SEE MAP) |
| EL DORADO, IL 62930 | KEASBY, NJ 08832 |
| TEL: 1-618-273-4141 | TEL 1-732-740-4192 |
| CONTACT | CONTACT DOUG PIKE |
| P.O.#: | DEL#: |
| SHIPMENT DESCRIPTION | SHIPMENT DESCRIPTION |
| 22 SKID 44000Lbs RUBBER MEDIA | 22 SKID 44000Lbs RUBBER MEDIA |
| | MUST CALL FOR A DELIVERY APPOINTMENT. |

NOTE: IF THE TRUCK ARRIVES ON TIME FOR THE PICK UP OR DELIVERY APPOINTMENT AND IS NOT BEING LOADED OR UNLOADED AFTER ONE HOUR, YOU MUST CALL TRANSPORTATION SPECIALISTS IMMEDIATLY. IF NO CALL IS MADE AFTER ONE HOUR, ANY AND ALL DETENTION CHARGES WILL BE VOIDED. WE CAN'T SOLVE THE PROBLEM IF NOT CALLED!

This document sets forth the agreement between carrier and the above agent of shipper, pursuant to the uniform bill of lading and shipping documents executed by the parties at time of pick up. Carrier warrants that it holds contract carrier authority issued by the ICC Pursuant to which this shipment is transported. And carrier has on file with the ICC form BNC-91 and accepts all duties of responsibility for the transport as an independent contractor.

All loading and unloading is the responsibility of the shipper/consignee unless prior arrangements have been made. The carrier is responsible to count product On or off as the shipper/consignee requires.

Signed: *[signature] Roof Bolt Express Inc.   by [signature] Tom Lee*

Page 1

Dispatching Technology provided by WolfByte Software Inc.

ROOF BOLT EXPRESS, INC.

P.O. Box 1067
Marion, IL 62959
Ph #618-993-8010
Fax #618-993-8515

# Invoice

| Date | Invoice # |
|---|---|
| 12/26/2006 | 5431 |

**Bill To**
TRANSPORTATION SPECIALISTS
P.O. BOX 7021
CITY OF INDUSTRY, CA 91746

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| TS00026625 | Net 30 | | 12/26/2006 | | T.EDWARDS | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | FREIGHT | ELDORADO, IL TO KEASBY, NJ<br>LOAD #: TS00026625 | 1,750.00 | 1,750.00 |

Please remit to above address.

**Total** $1,750.00

**Transportation Specialists — STRAIGHT BILL OF LADING**
ORIGINAL—NOT NEGOTIABLE

151 S. 9th Ave, Suite M
P.O. Box 7021
City of Industry, CA 91744
(626) 968-4904
(626) 321-9876 Fax

Shipper No: _____
Carrier No: _____
Date: 12/26/06

RBx

FROM (Shipper): Super Trap, Inc. - RDF
Street: 3909 Richardson St
Origin: Edinard? IL 62930
618-273-4144 — Mary

Consignee: Woodbridge Pistol/Rifle Range
Street: Grains Mill Rd (see map)
Destination: Keasbey, NJ 08832

| No. Pkgs | Kind of Packaging, Description of Articles, Special Marks and Exemptions | Weight (Subject to Correction) | Rate | Charges |
|---|---|---|---|---|
| 2 | Super Sacks of Rubber Media class 55 | 42,250 | | |
| | *Contact Doug Pike @ 732-740-4492 | | prior to delivery | |
| | Flatbed/Tarped | | | |

**3RD PARTY BILL TO TRANSPORTATION SPECIALISTS P.O. BOX 7021 INDUSTRY, CA 91744**

SHIPPER: Super Trap, Inc.
PER: Roger [signature] 12-27-06

CARRIER: RBX
PER: [signature]
DATE: 12/26/06

[signature at bottom of page]



# TRANSPORTATION SPECIALISTS

P O BOX 7021, 161 S. 9TH AVE. UNIT M, INDUSTRY, CA, 91745 TEL 1-626-968-4904 FAX 1-626-330-9676

## CARRIER CONFIRMATION

**LOAD NUMBER: TS00026625**       **MUST APPEAR ON YOUR INVOICE**
Booked By: BOBBY       12/22/2006 09:19:02 AM                    B/L #:

CARRIER: ROOF BOLT EXPRESS
CONTACT: TOM
  TEL: 1-618-993-8010       FAX: 1-618-993-8515       800: 866-993-8010
EQUIPMENT REQUIRED: FLAT BED - FTL
  RATE: $1750.00 US

Please call Transportation Specialists By 10am pacific time with location of our shipment until it has arrived at it's destination.

| PICK-UP AT  DATE: 12/26/2006  AM | 1) DELIVER TO  DATE: / /  AM |
|---|---|
| NAME RDF-SUPER TRAP INC. | NAME WOODBRIDGE PISTOL/RIFLE RANGE |
| 1906 RICHARDSON ST. | CROWS MILL ROAD (SEE MAP) |
| EL DORADO, IL 62930 | KEASBY, NJ 08832 |
| TEL 1-618-273-4141 | TEL 1-732-740-4192 |
| CONTACT | CONTACT DOUG PIKE |
| P.O.#: | DEL #: |
| SHIPMENT DESCRIPTION | SHIPMENT DESCRIPTION |
| 22 SKID 44000Lbs RUBBER MEDIA | 22 SKID 44000Lbs RUBBER MEDIA |
| SHIPPER CLOSES AT 2PM. | MUST CALL FOR A DELIVERY APPOINTMENT. |

NOTE: IF THE TRUCK ARRIVES ON TIME FOR THE PICK UP OR DELIVERY APPOINTMENT AND IS NOT BEING LOADED OR UNLOADED AFTER ONE HOUR, YOU MUST CALL TRANSPORTATION SPECIALISTS IMMEDIATLY. IF NO CALL IS MADE AFTER ONE HOUR, ANY AND ALL DETENTION CHARGES WILL BE VOIDED. WE CAN'T SOLVE THE PROBLEM IF NOT CALLED!

This document sets forth the agreement between carrier and the above agent of shipper, pursuant to the uniform bill of lading and shipping documents executed by the parties at time of pick up. Carrier warrants that it holds contract carrier authority issued by the ICC Pursuant to which this shipment is transported. And carrier has on file with the ICC form BNC-91 and accepts all duties of responsibility for the transport as an independent contractor.

All loading and unloading is the responsibility of the shipper/consignee unless prior arrangements have been made. The carrier is responsible to count product On or off as the shipper/consignee requires.

Signed:  RBX   _Justin Dia_   12-22-06

Page 1

Dispatching Technology provided by WolfByte Software Inc.

## I (a) PLAINTIFFS
ROOF BOLT EXPRESS, INC.

## DEFENDANTS
WINKLER ENTERPRISES dba TRANSPORTATION SPECIALISTS and BANK OF AMERICA, N.A.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
DOUGLAS H. WOOD, ESQ.
SEATON & HUSK, LP
2240 GALLOWS ROAD, VIENNA VA 22182
703-573-0700

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. Habeas Corpus 2255<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. Employment Discrimination<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. FOIA/PRIVACY ACT<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. Student Loan<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. Labor/ERISA (non-employment)<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. Other Civil Rights (non-employment)<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ⊙ M. Contract<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. Three-Judge Court<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 3500.00    Check YES only if demanded in compl JURY DEMAND:    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☐    If yes, please complete related case form.

DATE 07-31-2007    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.