FILED
AUG - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

ROOF BOLT EXPRESS, INC.  )
                         )
                         )
                         )
              Plaintiff  )     Civil Case: 1:07-cv-01401
     vs                  )     Assigned To : Bates, John D.
                         )     Assign. Date : 8/1/2007
WINKLER ENTERPRISES, INC. dba )  Description: General Civil
TRANSPORTATION SPECIALISTS and )
BANK OF AMERICA, N.A.    )
                         )
              Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __ROOF BOLT EXPRESS, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ROOF BOLT EXPRESS, INC.__ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

481262
BAR IDENTIFICATION NO.

DOUGLAS H. WOOD
Print Name

SEATON & HUSK, LP, 2240 GALLOWS ROAD
Address

VIENNA, VA 22182
City          State          Zip Code

703-573-0700
Phone Number