IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOF BOLT EXPRESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01401-JDB |
| | ) |
| WINKLER ENTERPRISES, INC. DBA | ) |
| TRANSPORTATION SPECIALISTS, | ) |
| | ) |
| and | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Roof Bolt Express, Inc. ("Roof Bolt"), by and through Counsel, and files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Roof Bolt moves this Court for dismissal without prejudice and states as follows:

1. Plaintiff Roof Bolt filed its Complaint on July 31, 2007.

2. No Defendant has filed an Answer or Motion for Summary Judgment in this matter.

Accordingly, Roof Bolt requests that this Court dismiss this action without prejudice.

                                                    Respectfully Submitted,

                                                    _____/s/_____
                                                    Roof Bolt Express, Inc.
                                                    *By Counsel*

Douglas H. Wood, Esq.
Law Office of Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
Tel: (703)-573-0700
Fax: (703)-573-9786
douglas.h.wood@gmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE OF DISMISSAL has been served via U.S. Mail on the following parties on this 3rd day of January, 2008.

    Bank of America, N.A.
    1501 Pennsylvania Ave., N.W.
    Washington, DC 20006

    Tom Auchincloss
    Rea, Cross & Auchincloss
    1050 17th Street, N.W., Suite 600
    Washington, DC 20036
    *Agent for Service of Process for Winkler Enterprises, Inc. dba Transportation Specialists*

                                              _____/s/_____
                                              Douglas H. Wood

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOF BOLT EXPRESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01401-JDB |
| | ) |
| WINKLER ENTERPRISES, INC. DBA | ) |
| TRANSPORTATION SPECIALISTS, | ) |
| | ) |
| and | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before this Court is Plaintiff's Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is granted and the causes of action against all Defendants are dismissed without prejudice.

_____
United States District Judge

1