IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROOF BOLT EXPRESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:07-cv-01401-JDB |
| WINKLER ENTERPRISES, INC. DBA TRANSPORTATION SPECIALISTS, | ) |
| and | ) |
| BANK OF AMERICA, N.A., | ) |
| Defendants. | ) |

**FILED**
JAN 0 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Before this Court is Plaintiff's Notice of Dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED THAT Plaintiff's Motion is granted and the causes of action against all Defendants are dismissed without prejudice.

January 3, 2008

_____
United States District Judge

1